1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   SANTOS VALENZUELA,                 )    NO.  CV 16-3151-SVW (AGR)
                                        )
12                    Plaintiff,        )
                                        )    ORDER ACCEPTING FINDINGS AND
13        v.                            )    RECOMMENDATION OF UNITED
                                        )    STATES MAGISTRATE JUDGE
14   P. RAUGHT, et al.,                 )
                                        )
15                    Defendant.        )
                                        )
16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

18   file, and the Report and Recommendation of the United States Magistrate Judge.  No

19   objections to the Report have been filed. The Court accepts the findings and

20   recommendation of the Magistrate Judge.

21        IT IS ORDERED that Defendants' motion to dismiss the complaint is granted

22   and that Judgment be entered in favor of Defendants.

23

24   DATED:  July 13, 2017          _____
                                             STEPHEN V. WILSON
25                                        United States District Judge

26

27

28