UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS VALENZUELA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. RAUGHT, et al.,<br><br>　　　　Defendant. | NO. CV 16-3151-SVW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that judgment is entered in favor of Defendants and this action is terminated.

DATED: July 13, 2017　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　United States District Judge